QAD File No. 38238

## INDEMNIFICATION AGREEMENT

HUD and ASSOCIATED MORTGAGE BANKERS INC. [Mortgagee ID No. 11574 0000-0] (Mortgagee) agree as follows:

1. Mortgagee agrees to indemnify HUD for losses which have been or may be incurred related to the FHA Case Number 374-5838647, also identified on Attachment A, which is in default, or goes into default[1], through and up to five years from the loan's date of endorsement as follows:

    a) Where, as of the date HUD executes this Indemnification Agreement (Effective Date), a HUD/FHA insurance claim has not been submitted to HUD, Mortgagee shall submit no claim for insurance. All HUD requirements for servicing and payment of mortgage insurance premiums will be observed with respect to such mortgages. In the event of a valid claim for insurance on any of the mortgages covered by this Agreement, indemnification will be in accordance with paragraph (b), (c), (d), or (e), whichever applies. HUD's Investment includes, but is not limited to: the full amount of the insurance claim actually paid, all taxes and assessments paid or payable by HUD, all maintenance and operating expenses paid or payable by HUD (including costs of rehabilitation and preservation), loss mitigation, prorated losses from and expenses associated with the sale of a note, reasonable penalties for failure to pay amounts owed within the timeframe established on HUD Invoices, interest on the amount owed at 5% per annum calculated from the date of the first bill, all sales expenses and any other expenses HUD may incur in connection with its claim disposition programs regarding FHA insured mortgages. To the extent HUD recoups any losses (e.g. receipts for the sale of the property) or there is any discount on the property (e.g., an Officer Next Door discount), HUD will deduct the amount of the recoupment or discount from HUD's Investment.

    b) HUD may, at its option, reconvey property securing a mortgage listed in this indemnification agreement to the Mortgagee. In the event of a reconveyance, Mortgagee remains liable for HUD's Investment, to be paid in accordance with the terms of an invoice or bill the Department sends to the Mortgagee. If HUD does not convey the property to Mortgagee, indemnification shall be calculated in accordance with paragraphs (c) or (d) as appropriate.

    c) Where a HUD/FHA insurance claim has been paid in full and the property has been sold by HUD to a third party, the amount of indemnification is HUD's Investment as defined in paragraph (a), minus the sales price of the property to be paid in accordance with the terms of an invoice or bill the Department sends to the Mortgagee. However, if the sales price of the property exceeds the sum of the full amount of insurance claim; any loss mitigation partial claims; all taxes and assessments; all maintenance and operating expenses; all sales expenses; and any other expenses incurred by HUD, HUD will retain this excess.

    d) In any other case where a HUD/FHA insurance claim is pending or has been paid, the mortgagee shall pay HUD the amount of HUD's Investment in accordance with the terms of an invoice or bill the Department sends to the Mortgagee.

    e) Where, after the date that the Agreement is signed, if any loan(s) included in this Agreement is streamline refinanced, this Indemnification Agreement will extend to the new mortgage.

2. Any material breach of the terms and conditions of this Indemnification Agreement shall constitute independent grounds for imposition of administrative sanctions by the Mortgagee Review Board against Mortgagee pursuant to 24 CFR Part 25.

WHEREFORE, the parties hereto have duly executed this Indemnification Agreement, effective when signed and dated by the U.S. Department of Housing and Urban Development.

ASSOCIATED MORTGAGE BANKERS INC

BY: _____

DATED: 12/5/12

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

BY: _____

DATED: 12-10-12

---

[1] Mortgagees may check the status of indemnified mortgages through the Case Details application accessible via the FHA Connection. The Case Details application provides real time information on the status of pipeline, insured, and claim-terminated loans. Lenders also may use the default Case Query in Neighborhood Watch to check on indemnified loans.

EXHIBIT A

## ATTACHMENT A

## ASSOCIATED MORTGAGE BANKERS INC.

### QAD FILE NO. 38238

**MORTGAGES COVERED BY THIS INDEMNIFICATION AGREEMENT:**

| FHA Case No. | Mortgagor | Originating Branch ID No. |
|---|---|---|
| 374-5838647 | [redacted] | 11574 0000-0 |

Of the mortgages covered by this indemnification agreement, the Department is aware that the following mortgages have a claim pending:

| FHA Case No. | Mortgagor | Known Claim Amount To Date |
|---|---|---|
| | | |
| | | |

ASSOCIATED MORTGAGE BANKERS INC.

BY: [signature]

DATED: 12/5/12

UNITED STATES DEPARMENT OF HOUSING AND URBAN DEVELOPMENT

BY: [signature]

DATED: 12-10-12