Case Status                                                          Page 1 of 6



Early Warnings    Servicing    Analysis    Details    Queries    Reporting    Help/About

### FHA Case Details

Loan Level Data is as of: July 31, 2014

Help

#### Borrower/Property/Loan Identification

| | |
|---|---|
| Case Number: | 374-6838647 |
| Borrower Name: | |
| SSN/TIN Last Four Digits: | |
| Co-Borrower Name: | |
| SSN/TIN Last Four Digits: | |
| Street Address: | |
| City: | BROOKLYN |
| State & Zip: | NY, 112130000 |
| Census Tract: | 034900 |
| Underserved Indicator: | Yes |

#### Loan Information

| | |
|---|---|
| Section of the Act: | 203B (Mutual Mortgage) |
| ADP Code: | 703 |
| Fund Code: | M (Mutual Mortgage Insurance Fund) |
| Number of Living Units: | 1 (One Living Unit Within Property) |
| Construction Code: | 4 (Existing Construction) |
| Appraised Value: | $505,000.00 |
| Sale Price: | $505,000.00 |
| Loan Amount: | $498,264 |
| Interest Rate: | 4.500% |
| Term: | 360 |
| Monthly Payment (P/I): | $2,524.63 |
| Loan Purpose: | 1 (Purchase an existing house, previously occupied) |
| Refinance Code: | |
| Loan To Value Ratio: | 96.49% |
| Front Ratio: | 40.40% |
| Back Ratio: | 46.80 % |
| Gift Letter Source: | 0 (Not Applicable) |
| Gift Letter Amount: | |
| Gift Letter Source 2: | 0 (Not Applicable) |
| Gift Letter Amount 2: | |
| Secondary Financing Source: | 0 (Not Applicable) |

EXHIBIT D

| | |
|---|---|
| Secondary Financing Amount: | |

### Originating/Sponsor Information

| | |
|---|---|
| Originating Lender ID: | 1157400000 |
| Originating Lender Name: | ASSOCIATED MORTGAGE BANKERS, INC. |
| Lender Type: | 3 (Non-Supervised) |
| Street Address: | 600 OLD COUNTRY RD RM 207 |
| City: | GARDEN CITY |
| State & Zip: | NY, 115302011 |
| Sponsor Lender ID: | Same as Originator |
| Sponsor Lender Name: | |

### Loan Origination Information

| | |
|---|---|
| Case Number Issue Date: | 08/25/10 |
| Sponsored Originator Name: | |
| Sponsored Originator EIN ID (last 4 digits): | |
| Sponsored Originator NMLS ID: | |
| Loan Officer NMLS ID: | 000000000000 |
| Appraiser Assignment Date: | |
| Appraisal Received Date: | 09/14/10 |
| Appraiser's Staff ID: | UVQNRX |
| Appraiser Name: | KYLE M FLEMING |
| Conditional Commitment Date: | |
| Firm Commitment Date: | |

### Underwriter's Ratings - Post Endorsement Reviews

| | |
|---|---|
| Underwriter's ID: | ZFHA |
| Underwriter's Name: | TOTAL SCORECARD |
| Underwriter's Review of Appraisal: | Conforming |
| Underwriter's Mortgage Credit Rating: | Deficient |

### Loan Processing Information:

| | |
|---|---|
| Closing Date: | 10/06/10 |
| Beginning Amortization Date: | 11/01/10 |
| First Payment Due: | 12/01/10 |
| Maturity Date: | 11/01/2040 |
| Upfront Premium Paid: | $10,964.25 |
| Total Upfront Premium, Late and Interest Paid: | $10,964.25 |
| Upfront Received Date: | 10/07/10 |
| Closing to UFMIP Recvd (days): | 1 |
| Endorsement Package Received Date: | 10/13/10 |
| Closing to Endr. Package Recvd.(days): | 7 |
| LI Loan: | No |

| | |
|---|---|
| Binder Type Received: | Paper Binder |
| Endorsement Date: | 10/19/10 |

## Servicer/Holder Information

| | |
|---|---|
| Servicer Lender ID: | 30141 |
| Servicer Lender Name: | JPMORGAN CHASE BANK NA |
| Holder Lender ID: | 30141 |
| Holder Lender Name: | JPMORGAN CHASE BANK NA |

## Loan Status

| | |
|---|---|
| Current Insurance Status: | Claim |
| Insurance Termination Type: | Assignment of Note for Insurance Benefits (19) |
| Termination Effective Date: | 08/06/13 |
| Termination Process Date: | 08/07/13 |
| Unpaid Principal Balance as calculated in HUD's Insurance in Force System: | $475,260.43 |
| Risk Based Current Monthly MIP: | $214.18 |
| Risk Based Prior Monthly MIP: | $218.03 |
| Monthly Earned Premium: | $219.28 |
| Indemnification Agreement Date: | 12/10/12 |
| Indemnification Expiration Date: | 10/19/15 |
| Indemnification Agreement No.: | 038238 |
| Indemnification Mortgagee Name: | ASSOCIATED MORTGAGE BANKERS, INC. |
| Indemnification Mortgagee ID: | 11574 |

## Delinquent Information Reported by the Servicer

| | |
|---|---|
| First Payment Due: | 12/01/10 |
| Oldest Unpaid Installment: | 10/01/11 |
| Number of Months Delinquent: | 23 |
| Currently 90-day Delinquent: | |
| Number of Payments Before First 90-Day Delinquent Reported: | 10 |
| Unpaid Principal Balance: | $491,590.00 |
| Last Delinquent Report Date: | 09/03/13 |
| Delinquent Status: | 49 (Assignment Completed) |
| Cause of Delinquent: | 031 (Unable to Contact Borrower) |
| Servicer Reporting Delinquent: | 30141 (JPMORGAN CHASE BANK NA) |
| Servicer Loan Number: | 1103406298 |
| Occupancy Status: | 2 (Occupied by a renter) |
| Servicing Transfer Date: | 05/01/11 |

Recent Delinquent History:

| Reporting Period | OUI Date | # Months Delinquent | Delinquent Status | Delinquent Status Definition | Reporting Servicer ID/Name |
|---|---|---|---|---|---|
| 12/2010 | 12/01/10 | 1 | 42 | Delinquent | 34400 CHASE HOME FINANCE LLC |

| | | | | | |
|---|---|---|---|---|---|
| 1/2011 | 01/01/11 | 1 | 42 | Delinquent | 34400 CHASE HOME FINANCE LLC |
| 2/2011 | 02/01/11 | 1 | 42 | Delinquent | 34400 CHASE HOME FINANCE LLC |
| 3/2011 | 03/01/11 | 1 | 42 | Delinquent | 34400 CHASE HOME FINANCE LLC |
| 4/2011 | 03/01/11 | 2 | 42 | Delinquent | 34400 CHASE HOME FINANCE LLC |
| 5/2011 | 06/01/11 | 0 | 20 | Reinstated by Mortgagor w/o Loss Mitigation Claim | 30141 JPMORGAN CHASE BANK NA |
| 7/2011 | 07/01/11 | 1 | 42 | Delinquent | 30141 JPMORGAN CHASE BANK NA |
| 8/2011 | 07/01/11 | 2 | 42 | Delinquent | 30141 JPMORGAN CHASE BANK NA |
| 9/2011 | 08/01/11 | 2 | 42 | Delinquent | 30141 JPMORGAN CHASE BANK NA |
| 10/2011 | 09/01/11 | 2 | 42 | Delinquent | 30141 JPMORGAN CHASE BANK NA |
| 11/2011 | 10/01/11 | 2 | 42 | Delinquent | 30141 JPMORGAN CHASE BANK NA |
| 12/2011 | 10/01/11 | 3 | 42 | Delinquent | 30141 JPMORGAN CHASE BANK NA |
| 1/2012 | 10/01/11 | 4 | 42 | Delinquent | 30141 JPMORGAN CHASE BANK NA |
| 2/2012 | 10/01/11 | 5 | 42 | Delinquent | 30141 JPMORGAN CHASE BANK NA |
| 3/2012 | 10/01/11 | 6 | 42 | Delinquent | 30141 JPMORGAN CHASE BANK NA |
| 4/2012 | 10/01/11 | 7 | 42 | Delinquent | 30141 JPMORGAN CHASE BANK NA |
| 5/2012 | 10/01/11 | 8 | AO | Ineligible for Loss Mitigation | 30141 JPMORGAN CHASE BANK NA |
| 6/2012 | 10/01/11 | 9 | AO | Ineligible for Loss Mitigation | 30141 JPMORGAN CHASE BANK NA |
| | | | | | 30141 |

Case Status <span>Page 5 of 6</span>

| | | | | | |
|---|---|---|---|---|---|
| 7/2012 | 10/01/11 | 10 | AO | Ineligible for Loss Mitigation | JPMORGAN CHASE BANK NA |
| 8/2012 | 10/01/11 | 11 | AO | Ineligible for Loss Mitigation | 30141 JPMORGAN CHASE BANK NA |
| 9/2012 | 10/01/11 | 12 | 68 | First Legal Action to Commence Foreclosure | 30141 JPMORGAN CHASE BANK NA |
| 10/2012 | 10/01/11 | 13 | 68 | First Legal Action to Commence Foreclosure | 30141 JPMORGAN CHASE BANK NA |
| 11/2012 | 10/01/11 | 14 | 34 | Natural Disaster | 30141 JPMORGAN CHASE BANK NA |
| 12/2012 | 10/01/11 | 15 | 34 | Natural Disaster | 30141 JPMORGAN CHASE BANK NA |
| 1/2013 | 10/01/11 | 16 | 34 | Natural Disaster | 30141 JPMORGAN CHASE BANK NA |
| 2/2013 | 10/01/11 | 17 | 34 | Natural Disaster | 30141 JPMORGAN CHASE BANK NA |
| 3/2013 | 10/01/11 | 18 | 34 | Natural Disaster | 30141 JPMORGAN CHASE BANK NA |
| 4/2013 | 10/01/11 | 19 | 34 | Natural Disaster | 30141 JPMORGAN CHASE BANK NA |
| 5/2013 | 10/01/11 | 20 | 3B | Prequalified for 601 | 30141 JPMORGAN CHASE BANK NA |
| 6/2013 | 10/01/11 | 21 | 3B | Prequalified for 601 | 30141 JPMORGAN CHASE BANK NA |
| 6/2013 | 10/01/11 | 21 | 3B | Prequalified for 601 | 30141 JPMORGAN CHASE BANK NA |
| 7/2013 | 10/01/11 | 22 | 3B | Prequalified for 601 | 30141 JPMORGAN CHASE BANK NA |
| 8/2013 | 10/01/11 | 23 | 49 | Assignment Completed | 30141 JPMORGAN CHASE BANK NA |

## Claim Information

### Claim History

| Form Type | Date Received | Date Prepared | Date Processed | Claim Type | Total Paid | Date Paid |
|---|---|---|---|---|---|---|
| A | 08/06/13 | 08/06/13 | 08/07/13 | 02 | $520,979.86 | 08/10/13 |

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
| Total |  |  |  |  | $520,979.86 |  |
| Payee/Holder - 3014100007 (JPMORGAN CHASE BANK NA) ||||||
| B | 08/06/13 | 08/06/13 | 08/07/13 | 02 | $0.00 | 08/10/13 |
| Total |  |  |  |  | $0.00 |  |
| Payee/Holder - 3014100007 (JPMORGAN CHASE BANK NA) ||||||

*Claim Type Definitions: 01= Conveyance; 02 = Assignment; 03 = Automatic Assignment; 04 = Coinsurance; 05 = Supplemental; 06 = Non-Conveyance; 07 = Preforeclosure Sale. Loss Mitigation: 31 = Special Forbearance, 32 = Loan Modification NA, 33 = Partial Claim*

*The data elements below are applicable only if a sale has been executed*
**Property Sale Date:**

