

**U.S. Department of Housing and Urban Development**

Albany Office
52 Corporate Circle
Albany, New York 12203-5121

December 8, 2014

Mr. Jim Milano
Weiner, Brodsky, Kider PC
1300 19th Street NW, 5th Floor
Washington, DC 20036

SUBJECT:   HUD Claim# 720708434
           FHA Loan# 374-5838647

Dear Mr. Milano:

Thank you for your letter of November 18, 2014, addressed to HUD Loan Servicing Specialist Robert Schmit.

We have carefully reviewed the issues raised in your letter and we have considered your request that HUD adjust our records to reflect that there is no debt owed on this claim. Please be advised that we are unable to approve your request, as we believe that this debt is both past due and legally enforceable.

HUD acknowledges that the indemnified loan was erroneously included in a Single Family Loan Sale (SFLS) Program. However, it is HUD's position that this event did not impact on the legal enforceability of the Indemnification Agreement.

You note in your letter that the Indemnification Agreement contains a provision related to HUD deducting the amount of any discount from HUD's investment (e.g., an Officer Next Door Discount). Please be advised that inclusion of this loan in HUD's SFLS Program does not reflect any such discount, as loans sold through the SFLS Program are sold at market value.

Considering the above determination, we suggest that you contact Mr. Schmit and arrange for repayment of this deb. If you disagree with HUD's determination, we suggest that you request a review with the HUD Office of Hearing and Appeals. Instructions for requesting a review were provided in the October 13, 2014 Notice of Intent that was mailed to your client.

If you have any questions, please contact me at 1-800-669-5152, extension 2819, or via e-mail at debt_servicing_help@hud.gov.

Sincerely,

Brian Dillon
Director, Asset Recovery Division
Financial Operations Center



http://www.hud.gov                http://espanol.hud.gov