UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ASSOCIATED MORTGAGE BANKERS, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BEN CARSON, in his official capacity as ) <br> SECRETARY OF THE U.S. DEPARTMENT OF ) <br> HOUSING AND URBAN DEVELOPMENT,[1] ) <br> ) <br> and ) <br> ) <br> U.S. DEPARTMENT OF HOUSING AND URBAN ) <br> DEVELOPMENT, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 17-cv-00075 (ESH) <br><br> ORAL HEARING REQUESTED |

## DEFENDANTS' MOTION TO DISMISS

Defendants, the U.S. Department of Housing and Urban Development (HUD) and Ben Carson, is his official capacity as Secretary of HUD (collectively, the Defendants), by and through their undersigned counsel, hereby move to dismiss Associate Mortgage Bankers, Inc.'s complaint (Dkt 1) in its entirety under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). In support of this motion, Defendants submit the accompanying Memorandum of Points and Authorities and Proposed Order.

---

[1] Under Federal Rule of Civil Procedure 25(d), Ben Carson, the current Secretary of HUD, is automatically substituted as the named defendant for Julian Castro, the former Secretary.

Dated:  May 23, 2017.

        Respectfully Submitted,

        CHAD A. READLER
        Acting Assistant Attorney General

        RUTH A. HARVEY
        Director

        J. TAYLOR McCONKIE
        Assistant Director


        *s/ Kevin P. VanLandingham*
        KEVIN P. VanLANDINGHAM
        (NY Reg. No. 4741799)
        Trial Attorney
        U.S. Department of Justice,
        Civil Division
        P.O. Box 875, Ben Franklin Station
        Washington, D.C.  20044-0875
        Telephone: (202) 307-1134
        Facsimile: (202) 514-9163
        kevin.p.vanlandingham@usdoj.gov
        ATTORNEYS FOR THE DEFENDANTS

        Of Counsel:

        Batina Wills-Washington
        Office of General Counsel
        U.S. Department of Housing and
        Urban Development
        batina.wills-washington@hud.gov