**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ASSOCIATED MORTGAGE BANKERS, INC.,** on behalf of itself and a class of similarly situated mortgage lenders, <br><br> Plaintiffs, <br><br> v. <br><br> **BEN CARSON**, in his official capacity as Secretary of the U.S. Department of Housing and Urban Development, and <br><br> **U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**, <br><br> Defendants. | Case No. 17-CV-00075 (ESH) |

**[PROPOSED] ORDER**

Before the Court is Plaintiffs' Motion to Vacate the Administrative Judge's Decision and to Remand the Decision to the Agency ("Motion"). For the reasons set forth in Plaintiffs' Motion, it is **ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the December 16, 2016 Decision and Order issued by the Department of Housing and Urban Development Administrative Judge, in *In Re: Associated Mortgage Bankers*, No. 15- VH-0026-A0-009, 7-207084340A, is hereby **VACATED**; and further

**ORDERED** that Count II of Plaintiffs' Amended Complaint (ECF No. 34) is **REMANDED** to the Department of Housing and Urban Development for administrative proceedings consistent with the Appointments Clause of the United States Constitution.

**IT IS SO ORDERED**.

_____          _____
Date                                     ELLEN SEGAL HUVELLE
                                         United Stated District Judge

Persons to be served with this Order:

David M. Souders
Brian M. Serafin
Weiner Brodsky Kider PC
1300 19th Street NW, Fifth Floor
Washington, DC 20036

Kevin VanLandingham
U.S. Department of Justice, Civil Division
P.O. Box 875, Ben Franklin Station
Washington, DC 20044