# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 17-8004**　　　　　　　　　　　　　　　**September Term, 2017**

1:17-cv-00075-ESH

Filed On: December 20, 2017

In re: Associated Mortgage Bankers, Inc.,

　　　Petitioner

**BEFORE:**　Rogers, Tatel, and Millett, Circuit Judges

## O R D E R

Upon consideration of the petition for permission to appeal pursuant to Federal Rule of Civil Procedure 23(f), the response thereto, the reply, and the Rule 28(j) letters, it is

**ORDERED** that the petition be denied. Petitioner has not shown that the district court's class certification decision, as it relates to the original complaint, is "manifestly erroneous." See In re Lorazepam & Clorazepate Antitrust Litig., 289 F.3d 98, 105 (D.C. Cir. 2002).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. Because no appeal has been allowed, no mandate will issue. The Clerk is directed to transmit a certified copy of this order to the district court.

**Per Curiam**

A true copy
United States Court of Appeals
for the District of Columbia Circuit

By: _____ Deputy Clerk